UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,        :

        - against -        :    **NOTICE OF APPEARANCE**

KAISON GILLESPIE, et al.,        :    12 Cr. 671 (RWS)

                   Defendants.  :
-------------------------------------------------------x

T0:    Clerk of the Court
        United States District Court
        Southern District of New York

Sirs:

        You are hereby notified that I appear for Kaison Gillespie, a defendant in the above entitled action.  I do hereby certify that I have previously filed a Certificate of Good Standing from the New York State Courts, pursuant to Criminal Rule 44.1 of the Local Rules for the Southern District and Eastern Districts of New York.

Dated:  New York, New York
          March 13, 2013

                                                              Respectfully submitted,

                                                              *[signature: Ronald L. Garnett]*

                                                              Ronald L. Garnett
                                                              Attorney for Defendant
                                                                Kaison Gillespie
                                                             299 Broadway, Suite 1802
                                                             New York, NY   10007-1904
                                                             (212) 587-5159 (Office)
                                                             (212) 587-3867 (Fax)
                                                             E-mail: RLGarnett@aol.com